UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA JARED DAVIS,<br>　　Plaintiff,<br><br>　v.<br><br>MARTIN J. O'MALLEY<br>Commissioner of Social Security,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 5:24-cv-00096-SP<br><br><u>ORDER AWARDING EAJA FEE</u> |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS AND NO/100 ($4,100.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: August 16, 2024　　　　_____
　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE